# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP E. HUGHES, SR., | Case No. CV 15-08206 AB (AFM) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, *et al.*, | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. Petitioner's objections are overruled. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered

dismissing this action without further leave to amend and without prejudice for failure to state a claim and failure to comply with Rule 8.

DATED: July 1, 2016

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE