# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP E. HUGHES, SR., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, *et al.*, <br><br> Defendants. | Case No. CV 15-08206 AB (AFM) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed with without further leave to amend and without prejudice for failure to state a claim and failure to comply with Rule 8.

DATED: July 1, 2016

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE